## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CAMERON BROWN, et al. ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | Case No. 1:01CV2717 |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| WACO EQUIPMENT COMPANY, et al. ) | |
| ) | Judge Ann Aldrich |
| Defendant(s). ) | |
| ) | |

This parties in the above-named case have notified the court that they have reached a settlement and are in the process of completing this settlement.

Therefore, IT IS ORDERED that this case is settled and dismissed with prejudice. The Court will retain jurisdiction over this matter for the purpose to enforce the settlement agreement.

IT IS FURTHER ORDERED that the docket be marked, "settled and dismissed, each party to bear its own costs."

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

       s/Ann Aldrich
JUDGE ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: May 29, 2003